RUN DATE:04-JUN-2004 PAYMENT HISTORY
Inquiry G

Page: 1

FOR: 1999Z00725 / 001

COURT NUMBER: 00-87 ADM/AJB

DEBTOR: Douglas, Rhonna E.

COLLECTION TYPE: WA

CURRENT BALANCE: $1,345.32

| SEQ | CODE | DATE RCVD | FORM | RCVD BY | RECEIVED FROM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0006 | PMNT | 21-AUG-2000 | OT | B | Rhonna Douglas | | KEYD-0-234 | $25.50 | 25-AUG-2000 |
| 0007 | PMNT | 20-JUL-2000 | OT | B | Rhonna Douglas | | KEYD-0-202 | $100.00 | 29-SEP-2000 |
| 0009 | PMNT | 03-OCT-2000 | OT | B | Rhonna Douglas | | 01-277 | $100.00 | 18-OCT-2000 |
| 0015 | PMNT | 05-JUN-2001 | CH | Y | DEBTOR | MN /1/265 | 1898 | $150.00 | 05-JUN-2001 |
| 0016 | PMNT | 27-AUG-2001 | CH | Y | Douglas-West | MN /1/321 | 1238 | $100.00 | 27-AUG-2001 |
| 0022 | PMNT | 29-MAR-2002 | OT | G | Meyers | MN /2/137 | 83058 | $354.15 | 17-APR-2002 |
| 0023 | PMNT | 12-APR-2002 | OT | G | Meyers | MN /2/137 | 83354 | $85.00 | 17-APR-2002 |
| 0024 | PMNT | 26-APR-2002 | OT | G | Meyers | MN /2/143 | 83697 | $85.00 | 26-APR-2002 |
| 0025 | PMNT | 13-MAY-2002 | OT | G | Meyers | MN /2/152 | 087145 | $85.00 | 13-MAY-2002 |
| 0026 | PMNT | 03-JUN-2002 | OT | G | Meyers | MN /2/162 | 87496 | $85.00 | 03-JUN-2002 |
| 0027 | PMNT | 10-JUN-2002 | OT | G | Meyers | MN /2/166 | 87782 | $85.00 | 10-JUN-2002 |
| 0028 | PMNT | 27-JUN-2002 | OT | G | Meyers | MN /2/179 | 87995 | $85.00 | 27-JUN-2002 |
| 0029 | PMNT | 08-JUL-2002 | OT | G | Meyers | MN /2/184 | 88356 | $85.00 | 08-JUL-2002 |
| 0030 | PMNT | 19-JUL-2002 | OT | G | Meyers | MN /2/192 | 88674 | $85.00 | 19-JUL-2002 |
| 0031 | PMNT | 06-AUG-2002 | OT | G | Meyers | MN /2/204 | 89016 | $85.00 | 06-AUG-2002 |
| 0032 | PMNT | 16-AUG-2002 | OT | G | Meyers | MN /2/213 | 89338 | $85.00 | 16-AUG-2002 |
| 0033 | PMNT | 13-SEP-2002 | OT | G | Meyers | MN /2/231 | 089998 | $85.00 | 13-SEP-2002 |
| 0034 | PMNT | 27-SEP-2002 | OT | G | Meyers | MN /2/241 | 90290 | $85.00 | 27-SEP-2002 |
| 0035 | PMNT | 11-OCT-2002 | OT | G | Meyers | MN /3/009 | 90619 | $85.00 | 11-OCT-2002 |
| 0036 | PMNT | 28-OCT-2002 | OT | G | Meyers | MN /3/020 | 090950 | $85.00 | 28-OCT-2002 |
| 0037 | PMNT | 12-NOV-2002 | OT | G | Meyers | MN /3/030 | 91275 | $85.00 | 12-NOV-2002 |
| 0038 | PMNT | 25-NOV-2002 | OT | G | Meyers | MN /3/039 | 91588 | $85.00 | 25-NOV-2002 |
| 0039 | PMNT | 06-DEC-2002 | OT | G | MEYERS | MN /3/047 | 091867 | $85.00 | 06-DEC-2002 |
| 0040 | PMNT | 20-DEC-2002 | OT | G | Meyers | MN /3/056 | 92217 | $85.00 | 20-DEC-2002 |
| 0041 | PMNT | 07-JAN-2003 | OT | G | MEYERS | MN /3/066 | 092431 | $85.00 | 07-JAN-2003 |
| 0042 | PMNT | 17-JAN-2003 | OT | G | Meyers | MN /3/074 | 92770 | $85.00 | 17-JAN-2003 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0043 | PMNT | 14-FEB-2003 | OT | G | Meyers | MN | /3/093 | 93395 | $85.00 | 14-FEB-2003 |
| 0044 | PMNT | 03-MAR-2003 | OT | G | Meyers | MN | /3/104 | 93583 | $85.00 | 03-MAR-2003 |
| 0045 | PMNT | 14-MAR-2003 | OT | G | Meyers | MN | /3/114 | 93777 | $85.00 | 14-MAR-2003 |
| 0047 | PMNT | 28-MAR-2003 | OT | G | Meyers | MN | /3/123 | 94056 | $85.00 | 28-MAR-2003 |

RUN DATE:04-JUN-2004 PAYMENT HISTORY Inquiry G

Page: 2

FOR: 1999Z00725 / 001

COURT NUMBER: 00-87 ADM/AJB

DEBTOR: Douglas, Rhonna E.

COLLECTION TYPE: WA

CURRENT BALANCE: $1,345.32

| SEQ | CODE | DATE RCVD | FORM | RCVD BY | RECEIVED FROM | DEPOSIT NBR | | CHECK NBR | PAYMENT AMOUNT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0048 | PMNT | 11-APR-2003 | OT | G | Meyer | MN | /3/132 | 94413 | $85.00 | 11-APR-2003 |
| 0049 | PMNT | 25-APR-2003 | OT | G | Meyers | MN | /3/142 | 94729 | $85.00 | 25-APR-2003 |
| 0050 | PMNT | 09-MAY-2003 | OT | Y | meyers | MN | /3/151 | 094966 | $85.00 | 09-MAY-2003 |
| 0051 | PMNT | 23-MAY-2003 | OT | G | Meyers | MN | /3/161 | 95284 | $85.00 | 23-MAY-2003 |
| 0052 | PMNT | 06-JUN-2003 | OT | G | Meyers | MN | /3/170 | 95726 | $37.50 | 06-JUN-2003 |
| 0053 | PMNT | 06-JUN-2003 | OT | G | Meyers | MN | /3/170 | 95733 | $47.50 | 06-JUN-2003 |
| 0054 | PMNT | 20-JUN-2003 | OT | Y | meyers | MN | /3/179 | 095921 | $85.00 | 20-JUN-2003 |
| 0055 | PMNT | 07-JUL-2003 | GR | G | meyers | MN | /3/186 | 096224 | $85.00 | 07-JUL-2003 |
| 0056 | PMNT | 18-JUL-2003 | GR | G | meyers | MN | /3/195 | 096631 | $85.00 | 18-JUL-2003 |
| 0057 | PMNT | 01-AUG-2003 | GR | G | meyers | MN | /3/205 | 096830 | $85.00 | 01-AUG-2003 |
| 0058 | PMNT | 15-AUG-2003 | GR | G | meyer | MN | /3/215 | 097154 | $85.00 | 15-AUG-2003 |
| 0059 | PMNT | 12-SEP-2003 | GR | G | Meyers | MN | /3/235 | 97737 | $85.00 | 12-SEP-2003 |
| 0062 | PMNT | 26-SEP-2003 | GR | G | Meyers | MN | /3/245 | 097960 | $85.00 | 26-SEP-2003 |
| 0063 | PMNT | 10-OCT-2003 | GR | G | Meyers | MN | /04/008 | 98371 | $85.00 | 10-OCT-2003 |
| 0064 | PMNT | 24-OCT-2003 | GR | G | Meyers | MN | /04/017 | 98759 | $85.00 | 24-OCT-2003 |
| 0065 | PMNT | 07-NOV-2003 | GR | G | MEYERS | MN | /04/027 | 99264 | $85.00 | 07-NOV-2003 |
| 0066 | PMNT | 21-NOV-2003 | GR | G | Meyers | MN | /04/037 | 99579 | $85.00 | 21-NOV-2003 |
| 0067 | PMNT | 08-DEC-2003 | GR | G | Meyers | MN | /04/049 | 99803 | $85.00 | 08-DEC-2003 |
| 0069 | PMNT | 19-DEC-2003 | GR | G | Meyers | MN | /04/059 | 100161 | $85.00 | 19-DEC-2003 |
| 0070 | PMNT | 02-JAN-2004 | GR | G | Meyers | MN | /04/066 | 100352 | $85.00 | 02-JAN-2004 |
| 0071 | PMNT | 16-JAN-2004 | GR | G | Meyers | MN | /04/076 | 100703 | $85.00 | 16-JAN-2004 |
| 0072 | PMNT | 13-FEB-2004 | GR | G | MEYERS | MN | /04/096 | 101303 | $85.00 | 13-FEB-2004 |
| 0073 | PMNT | 01-MAR-2004 | GR | G | Meyers | MN | /04/107 | 101617 | $85.00 | 01-MAR-2004 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0074 | PMNT | 15-MAR-2004 | GR | G | Meyers | MN | /04/116 | 101961 | $85.00 | 15-MAR-2004 |
| 0076 | PMNT | 26-MAR-2004 | GR | G | MEYERS | MN | /04/125 | 102350 | $85.00 | 26-MAR-2004 |
| 0077 | PMNT | 09-APR-2004 | GR | G | Meyers | MN | /04/135 | 102684 | $85.00 | 09-APR-2004 |
| 0078 | PMNT | 23-APR-2004 | GR | G | Meyers | MN | /04/145 | 103016 | $85.00 | 23-APR-2004 |
| 0079 | PMNT | 07-MAY-2004 | GR | G | Meyers | MN | /04/155 | 103319 | $85.00 | 07-MAY-2004 |
| 0080 | PMNT | 24-MAY-2004 | GR | G | MEYERS | MN | /04/166 | 103850 | $85.00 | 24-MAY-2004 |
| 0081 | PMNT | 04-JUN-2004 | GR | G | Meyers | MN | /04/173 | 110066 | $85.00 | 04-JUN-2004 |

RUN DATE:04-JUN-2004 PAYMENT HISTORY Inquiry G

Page: 3

FOR: 1999Z00725 / 001

COURT NUMBER: 00-87 ADM/AJB

DEBTOR: Douglas, Rhonna E.

COLLECTION TYPE: WA

CURRENT BALANCE: $1,345.32

| SEQ | CODE | DATE RCVD | FORM | RCVD BY | RECEIVED FROM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|

TOTAL DOLLAR AMOUNT OF PAYMENTS: $5,334.65