PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 28-FEB-2005 FOR: 1999Z00725/001 PAGE: 1 OF 2

DEBTOR: Douglas, Rhonna E.
COURT NUMBER: 00-87 ADM/AJB PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0006 | PMNT | WA | 21-AUG-2000 | OT/B | Rhonna Douglas | | KEYD-0-234 | $25.50 | 25-AUG-2000 |
| 0007 | PMNT | WA | 20-JUL-2000 | OT/B | Rhonna Douglas | | KEYD-0-202 | $100.00 | 29-SEP-2000 |
| 0009 | PMNT | WA | 03-OCT-2000 | OT/B | Rhonna Douglas | | 01-277 | $100.00 | 18-OCT-2000 |
| 0015 | PMNT | WA | 05-JUN-2001 | CH/Y | DEBTOR | MN /1/265 | 1898 | $150.00 | 05-JUN-2001 |
| 0016 | PMNT | WA | 27-AUG-2001 | CH/Y | Douglas-West | MN /1/321 | 1238 | $100.00 | 27-AUG-2001 |
| 0022 | PMNT | WA | 29-MAR-2002 | OT/G | Meyers | MN /2/137 | 83058 | $354.15 | 17-APR-2002 |
| 0023 | PMNT | WA | 12-APR-2002 | OT/G | Meyers | MN /2/137 | 83354 | $85.00 | 17-APR-2002 |
| 0024 | PMNT | WA | 26-APR-2002 | OT/G | Meyers | MN /2/143 | 83697 | $85.00 | 26-APR-2002 |
| 0025 | PMNT | WA | 13-MAY-2002 | OT/G | Meyers | MN /2/152 | 087145 | $85.00 | 13-MAY-2002 |
| 0026 | PMNT | WA | 03-JUN-2002 | OT/G | Meyers | MN /2/162 | 87496 | $85.00 | 03-JUN-2002 |
| 0027 | PMNT | WA | 10-JUN-2002 | OT/G | Meyers | MN /2/166 | 87782 | $85.00 | 10-JUN-2002 |
| 0028 | PMNT | WA | 27-JUN-2002 | OT/G | Meyers | MN /2/179 | 87995 | $85.00 | 27-JUN-2002 |
| 0029 | PMNT | WA | 08-JUL-2002 | OT/G | Meyers | MN /2/184 | 88356 | $85.00 | 08-JUL-2002 |
| 0030 | PMNT | WA | 19-JUL-2002 | OT/G | Meyers | MN /2/192 | 88674 | $85.00 | 19-JUL-2002 |
| 0031 | PMNT | WA | 06-AUG-2002 | OT/G | Meyers | MN /2/204 | 89016 | $85.00 | 06-AUG-2002 |
| 0032 | PMNT | WA | 16-AUG-2002 | OT/G | Meyers | MN /2/213 | 89338 | $85.00 | 16-AUG-2002 |
| 0033 | PMNT | WA | 13-SEP-2002 | OT/G | Meyers | MN /2/231 | 089998 | $85.00 | 13-SEP-2002 |
| 0034 | PMNT | WA | 27-SEP-2002 | OT/G | Meyers | MN /2/241 | 90290 | $85.00 | 27-SEP-2002 |
| 0035 | PMNT | WA | 11-OCT-2002 | OT/G | Meyers | MN /3/009 | 90619 | $85.00 | 11-OCT-2002 |
| 0036 | PMNT | WA | 28-OCT-2002 | OT/G | Meyers | MN /3/020 | 090950 | $85.00 | 28-OCT-2002 |
| 0037 | PMNT | WA | 12-NOV-2002 | OT/G | Meyers | MN /3/030 | 91275 | $85.00 | 12-NOV-2002 |
| 0038 | PMNT | WA | 25-NOV-2002 | OT/G | Meyers | MN /3/039 | 91588 | $85.00 | 25-NOV-2002 |
| 0039 | PMNT | WA | 06-DEC-2002 | OT/G | MEYERS | MN /3/047 | 091867 | $85.00 | 06-DEC-2002 |
| 0040 | PMNT | WA | 20-DEC-2002 | OT/G | Meyers | MN /3/056 | 92217 | $85.00 | 20-DEC-2002 |
| 0041 | PMNT | WA | 07-JAN-2003 | OT/G | MEYERS | MN /3/066 | 092431 | $85.00 | 07-JAN-2003 |
| 0042 | PMNT | WA | 17-JAN-2003 | OT/G | Meyers | MN /3/074 | 92770 | $85.00 | 17-JAN-2003 |
| 0043 | PMNT | WA | 14-FEB-2003 | OT/G | Meyers | MN /3/093 | 93395 | $85.00 | 14-FEB-2003 |
| 0044 | PMNT | WA | 03-MAR-2003 | OT/G | Meyers | MN /3/104 | 93583 | $85.00 | 03-MAR-2003 |
| 0045 | PMNT | WA | 14-MAR-2003 | OT/G | Meyers | MN /3/114 | 93777 | $85.00 | 14-MAR-2003 |
| 0047 | PMNT | WA | 28-MAR-2003 | OT/G | Meyers | MN /3/123 | 94056 | $85.00 | 28-MAR-2003 |
| 0048 | PMNT | WA | 11-APR-2003 | OT/G | Meyer | MN /3/132 | 94413 | $85.00 | 11-APR-2003 |
| 0049 | PMNT | WA | 25-APR-2003 | OT/G | Meyers | MN /3/142 | 94729 | $85.00 | 25-APR-2003 |
| 0050 | PMNT | WA | 09-MAY-2003 | OT/Y | meyers | MN /3/151 | 094966 | $85.00 | 09-MAY-2003 |
| 0051 | PMNT | WA | 23-MAY-2003 | OT/G | Meyers | MN /3/161 | 95284 | $85.00 | 23-MAY-2003 |
| 0052 | PMNT | WA | 06-JUN-2003 | OT/G | Meyers | MN /3/170 | 95726 | $37.50 | 06-JUN-2003 |
| 0053 | PMNT | WA | 06-JUN-2003 | OT/G | Meyers | MN /3/170 | 95733 | $47.50 | 06-JUN-2003 |
| 0054 | PMNT | WA | 20-JUN-2003 | OT/Y | meyers | MN /3/179 | 095921 | $85.00 | 20-JUN-2003 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0055 | PMNT | WA | 07-JUL-2003 | GR/G | meyers | MN | /3/186 | 096224 | $85.00 | 07-JUL-2003 |
| 0056 | PMNT | WA | 18-JUL-2003 | GR/G | meyers | MN | /3/195 | 096631 | $85.00 | 18-JUL-2003 |
| 0057 | PMNT | WA | 01-AUG-2003 | GR/G | meyers | MN | /3/205 | 096830 | $85.00 | 01-AUG-2003 |
| 0058 | PMNT | WA | 15-AUG-2003 | GR/G | meyer | MN | /3/215 | 097154 | $85.00 | 15-AUG-2003 |
| 0059 | PMNT | WA | 12-SEP-2003 | GR/G | Meyers | MN | /3/235 | 97737 | $85.00 | 12-SEP-2003 |
| 0062 | PMNT | WA | 26-SEP-2003 | GR/G | Meyers | MN | /3/245 | 097960 | $85.00 | 26-SEP-2003 |
| 0063 | PMNT | WA | 10-OCT-2003 | GR/G | Meyers | MN | /04/008 | 98371 | $85.00 | 10-OCT-2003 |
| 0064 | PMNT | WA | 24-OCT-2003 | GR/G | Meyers | MN | /04/017 | 98759 | $85.00 | 24-OCT-2003 |
| 0065 | PMNT | WA | 07-NOV-2003 | GR/G | MEYERS | MN | /04/027 | 99264 | $85.00 | 07-NOV-2003 |
| 0066 | PMNT | WA | 21-NOV-2003 | GR/G | Meyers | MN | /04/037 | 99579 | $85.00 | 21-NOV-2003 |
| 0067 | PMNT | WA | 08-DEC-2003 | GR/G | Meyers | MN | /04/049 | 99803 | $85.00 | 08-DEC-2003 |
| 0069 | PMNT | WA | 19-DEC-2003 | GR/G | Meyers | MN | /04/059 | 100161 | $85.00 | 19-DEC-2003 |
| 0070 | PMNT | WA | 02-JAN-2004 | GR/G | Meyers | MN | /04/066 | 100352 | $85.00 | 02-JAN-2004 |
| 0071 | PMNT | WA | 16-JAN-2004 | GR/G | Meyers | MN | /04/076 | 100703 | $85.00 | 16-JAN-2004 |
| 0072 | PMNT | WA | 13-FEB-2004 | GR/G | MEYERS | MN | /04/096 | 101303 | $85.00 | 13-FEB-2004 |
| 0073 | PMNT | WA | 01-MAR-2004 | GR/G | Meyers | MN | /04/107 | 101617 | $85.00 | 01-MAR-2004 |
| 0074 | PMNT | WA | 15-MAR-2004 | GR/G | Meyers | MN | /04/116 | 101961 | $85.00 | 15-MAR-2004 |
| 0076 | PMNT | WA | 26-MAR-2004 | GR/G | MEYERS | MN | /04/125 | 102350 | $85.00 | 26-MAR-2004 |
| 0077 | PMNT | WA | 09-APR-2004 | GR/G | Meyers | MN | /04/135 | 102684 | $85.00 | 09-APR-2004 |
| 0078 | PMNT | WA | 23-APR-2004 | GR/G | Meyers | MN | /04/145 | 103016 | $85.00 | 23-APR-2004 |
| 0079 | PMNT | WA | 07-MAY-2004 | GR/G | Meyers | MN | /04/155 | 103319 | $85.00 | 07-MAY-2004 |
| 0080 | PMNT | WA | 24-MAY-2004 | GR/G | MEYERS | MN | /04/166 | 103850 | $85.00 | 24-MAY-2004 |
| 0081 | PMNT | WA | 04-JUN-2004 | GR/G | Meyers | MN | /04/173 | 110066 | $85.00 | 04-JUN-2004 |
| 0082 | PMNT | WA | 18-JUN-2004 | GR/G | Meyers | MN | /04/182 | 110481 | $85.00 | 18-JUN-2004 |
| 0083 | PMNT | WA | 02-JUL-2004 | GR/G | Meyers | MN | /04/192 | 110865 | $85.00 | 02-JUL-2004 |
| 0084 | PMNT | WA | 16-JUL-2004 | GR/G | Meyers | MN | /04/202 | 111171 | $85.00 | 16-JUL-2004 |
| 0085 | PMNT | WA | 13-AUG-2004 | GR/G | Meyers | MN | /04/224 | 111882 | $85.00 | 13-AUG-2004 |
| 0086 | PMNT | WA | 27-AUG-2004 | GR/G | MEYERS | MN | /04/234 | 112178 | $85.00 | 27-AUG-2004 |
| 0087 | PMNT | WA | 10-SEP-2004 | GR/G | MEYERS | MN | /04/243 | 112457 | $85.00 | 10-SEP-2004 |
| 0088 | PMNT | WA | 24-SEP-2004 | GR/G | MEYERS | MN | /04/253 | 112744 | $85.00 | 24-SEP-2004 |
| 0089 | PMNT | WA | 08-OCT-2004 | GR/G | MEYERS | MN | /05/006 | 112904 | $85.00 | 08-OCT-2004 |
| 0090 | PMNT | WA | 22-OCT-2004 | GR/G | MEYERS | MN | /05/015 | 113306 | $85.00 | 22-OCT-2004 |
| 0091 | PMNT | WA | 05-NOV-2004 | GR/G | MEYERS | MN | /05/023 | 113616 | $85.00 | 05-NOV-2004 |
| 0092 | PMNT | WA | 19-NOV-2004 | GR/G | MEYERS | MN | /05/031 | 113931 | $85.00 | 19-NOV-2004 |
| 0093 | PMNT | WA | 03-DEC-2004 | GR/G | MEYERS | MN | /05/040 | 114242 | $85.00 | 03-DEC-2004 |
| 0094 | PMNT | WA | 17-DEC-2004 | GR/G | MEYERS | MN | /05/049 | 114530 | $85.00 | 17-DEC-2004 |
| 0095 | PMNT | WA | 14-JAN-2005 | GR/G | Meyers | MN | /05/066 | 114885 | $85.00 | 14-JAN-2005 |
| 0096 | PMNT | WA | 31-JAN-2005 | GR/G | Meyers | MN | /05/075 | 115218 | $85.00 | 31-JAN-2005 |
| 0097 | PMNT | WA | 11-FEB-2005 | GR/G | Meyers | MN | /05/084 | 115408 | $85.00 | 11-FEB-2005 |
| 0098 | PMNT | WA | 25-FEB-2005 | GR/G | Meyers | MN | /05/093 | 115792 | $16.24 | 25-FEB-2005 |

Total Payments for Debtor: $6,710.89