CERTIFICATE OF SERVICE BY MAIL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
) Civil No. 00-87 ADM/AJB
)
RHONNA E. DOUGLAS, )
)
Defendant. )

I hereby certify that on March 2, 2005, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Rhonna E. Douglas
XXXX XXXX XXXXXX XXXXX
Robbinsdale, MN 55422

Meyers Printing Company
7277 Boone Avenue North
Brooklyn Park, MN 55428-1519

s/Becky L. Nye